366-15 367-15 368-15 369-15
370-15 371-15

**ELECTRONIC RECORD**

COA # 06-14-00088-CR     OFFENSE: 22.01

Companion cases

STYLE: Samuel Deleon Garza v. The State of Texas     COUNTY: Hunt

COA DISPOSITION:     Affirmed     TRIAL COURT: 196th District Court

DATE: 3/10/15     Publish: No     TC CASE #:     28,996

**IN THE COURT OF CRIMINAL APPEALS**

STYLE: Samuel Deleon Garza v. The State of Texas     CCA #: **366-15 THRU 371-15**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____refused_____     JUDGE: _____

DATE: _July 29, 2015_     SIGNED: _____     PC: _____

JUDGE: _____PC_____     PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**